Amy Lynn Bennecoff Ginsburg (275805)
Rachel Rebecca Stevens (261360)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCIA FOSTER,** | Case No.: 5:16-cv-00177-PA-DTB |
| **Plaintiff,** | |
| v. | **NOTICE OF SETTLEMENT** |
| **BLUESTEM BRANDS, INC. D/B/A FINGERHUT,** | Judge: Hon. Percy Anderson |
| | Magistrate: Hon. David T. Bristow |
| **Defendant.** | |

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

                                                Respectfully submitted,

DATED: August 2, 2016         By: /s/ Amy Lynn Bennecoff Ginsburg
                                           Amy Lynn Bennecoff Ginsburg (275805)
                                           Kimmel & Silverman, P.C.
                                           30 East Butler Pike
                                           Ambler, PA 19002
                                           Telephone: (215) 540-8888
                                           Facsimile (877) 788-2864
                                           Email: aginsburg@creditlaw.com
                                           Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Amy Lynn Bennecoff Ginsburg declare:

I am a citizen of the United States and employed in Pennsylvania. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 30 East Butler Avenue, Ambler, Pennsylvania 19002. On August 2, 2016, I served a copy of the within document:

## NOTICE OF SETTLEMENT

I hereby certify that on the below date, I electronically filed the notice list via ECF, which serves as notice to all counsel pursuant to the F.R.C.P. and local rules, thereby serving:

Chelsea Lynn Diaz
Doll Amir & Eley LLP
1888 Century Park East, Suite 1850
Los Angeles, CA 91316
cdiaz@dollamir.com

Attorney for Defendant

Executed on August 2, 2016, at Ambler, Pennsylvania.


/s/ Amy Lynn Bennecoff Ginsburg
Amy Lynn Bennecoff Ginsburg, Esq. (275805)