Amy L. Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA FOSTER )<br>)<br>                    Plaintiff, )<br>)<br>          v. )<br>)<br>BLUESTEM BRANDS, INC. D/B/A )<br>FINGERHUT )<br>)<br>                    Defendants. )<br>)<br>_____) | **Case No.: 5:16-cv-00177 CACD**<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

TO THE CLERK:

Plaintiff, MARCIA FOSTER (herein after "Plaintiff"), and Defendant, Defendant Bluestem Brands, Inc., erroneously sued as "Bluestem Brands, Inc. d/b/a Fingerhut (hereinafter "Defendants"), (all jointly hereinafter referred to as "the Parties") hereby move to dismiss the action with prejudice, and in support of this Motion hereby say:

1.      This matter is resolved between the parties.

2.      The Parties to the litigation have now entered into this Joint Motion.

3.      Each party will bear its own attorney's fees and costs.

4.      The Parties agree that this Court can proceed to dismiss the action with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court dismiss this action with prejudice.


/S/ Chelsea Lynn Diaz
Chelsea Lynn Diaz Esq.
Doll Amir & Eley LLP
1888 Century Park East
Suite 1850
Phone: 310-557-9100
Fax: 310-557-9101
Email:  cdiaz@dollamir.com
Attorney for Defendant

Date: August 17, 2016

/S/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
(275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (215) 540-8817
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

Date: August 17, 2016


## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Chelsea Lynn Diaz, counsel for Defendants, and that I have obtained Counsel's authorization to affix his electronic signature to this document.


Dated: August 17, 2016          Kimmel & Silverman, P.C.

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Attorney for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 17th day of August, 2016:

Chelsea Lynn Diaz Esq.
Doll Amir & Eley LLP
1888 Century Park East
Suite 1850
Phone: 310-557-9100
Fax: 310-557-9101
Email:  cdiaz@dollamir.com

DATED:  August 17, 2016          /s/ Amy L. Bennecoff Ginsburg
                                 Amy L. Bennecoff Ginsburg, Esq.
                                 Attorney for Plaintiff

- 3 -

STIPULATION FOR DISMISSAL

2:14-cv-310-KJM-DAD